

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| IN RE: | § | No. 08-25-00162-CV |
| RANDALL WAYNE WEAVER, | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
|  | § |  |

## **J U D G M E N T**

The Court has considered this cause on Relator's petition for writ of mandamus against the Honorable John Pool, Judge of the 109th District Court of Andrews County, Texas and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED this 26th day of June 2025.

GINA M. PALAFOX, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.